ANSWER TO COMPLAINT 2:20-CV-01830 - 1　　LAW OFFICE OF DOUGLAS E. WILSON
Douglas E. Wilson
P.O. Box 15631
Seattle WA 98115
(206) 338-7806

UNITED STATE DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JORDAN EL-TAHEL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WHATCOM COUNTY, a governmental entity, WHATCOM COUNTY SHERIFF'S DEPARTMENT, BILL ELFO and ADAM MILLER, and the marital community<br><br>　　　　Defendant. | Case No.: 2:20-CV-01830-JCC<br><br>DEFENDANT MILLER'S ANSWER TO COMPLAINT |

TO: JORDAN EL-TAHEL

AND TO: EMILY BESCHEN AND ROBERT BUTLER, BUTLER BESCHEN LAW PLLC, E. Holly St. Suite 512, Bellingham WA 98225, attorneys for Plaintiff

AND TO: GEORGE ROCHE, Whatcom County Prosecuting Attorney 311 Grand Ave Suite 201, Bellingham WA 98225, attorney for Whatcom County, Whatcom County Sheriff's Office and Bill Elfo

　　　COMES NOW, Adam Miller by and through the Law Office of Douglas Wilson, hereby answers Plaintiff's Complaint:

1. Admit

2. Admit

3. Defendant Miller is without sufficient information to admit or deny and therefor denies the same.

4. Defendant Miller admits that he was employed by Whatcom County between February 27, 2017 and February 20, 2019.

5. Admit

6. Admit

7. Defendant Miller admits that he was employed by Whatcom County between February 27, 2017 and February 20, 2019.

8. Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies.

9. Allegation is directed to Defendant Whatcom County and calls for a legal conclusion.

10. Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies.

11. Defendant Miller admits that Plaintiff returned to custody in the fall of 2018 while he was working at the facility. The remainder is denied.

12. Miller denies that he had complete control over the Plaintiff. Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies the remaining allegations

13. Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies.

14. Allegations are directed to the County. The extent allegations are directed to Defendant Mller, Defendant Miller

LAW OFFICE OF DOUGLAS E. WILSON
Douglas E. Wilson
P.O. Box 15631
Seattle WA 98115
(206) 338-7806

15. Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies.

16. Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies.

17. Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies.

18. Allegations are directed to employees of Whatcom County and not Defendant Miller. To the extent there are allegations against Defendant Miller, Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies..

19. Allegations are directed to Defendant Whatcom County and not Defendant Miller. To the extent there are allegations against Defendant Miller, Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies.

20. Allegations are directed to Defendant, Whatcom County and not Defendant, Miller. To the extent there are allegations against Defendant Miller, Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies.

21. Allegations are directed to Defendant, Whatcom County and not Defendant, Miller. To the extent there are allegations against Defendant Miller, Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies.

22. Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies.

23. Paragraph 23 does not require an admissions or a denial.

LAW OFFICE OF DOUGLAS E. WILSON
Douglas E. Wilson
P.O. Box 15631
Seattle WA 98115
(206) 338-7806

24. Allegations are directed to Defendant, Whatcom County and not Defendant, Miller. To the extent there are allegations against Defendant, Miller, Mr. Miller asserts his rights under the 5th Amendment to the United States Constitution.

25. Paragraph 25 does not require an admissions or a denial.

26. Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies.

27. Paragraph 27 does not require an admissions or a denial.

28. Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies.

29. Paragraph 29 does not require an admissions or a denial.

30. Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies.

31. Paragraph 31 does not require an admissions or a denial.

32. Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies.

33. Paragraph 33 does not require an admissions or a denial.

34. Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies.

35. Paragraph 35 does not require an admissions or a denial.

36. Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies.

37. Paragraph 37 does not require an admissions or a denial.

LAW OFFICE OF DOUGLAS E. WILSON
Douglas E. Wilson
P.O. Box 15631
Seattle WA 98115
(206) 338-7806

38. Defendant Miller asserts his rights under the 5th Amendment to the U.S. Constitution and neither admits nor denies.

## AFFIRMATIVE DEFENSES

1. Failure to state a claim upon which relief can be granted

2. Third-parties over who Defendant, Miller had no control are liable for the Plaintiff's alleged damages.

3. Failure to mitigate damages

4. Defendant, Miller has qualified immunity for some of the allegations against him.

Defendant, Miller reserves the right to amend this Answer following the resolution of criminal charges against him. He further reserves the right to amend this Answer to include additional affirmative Defenses.

## RELIEF REQUESTED

Defendant, Miller respectfully request the action be dismissed with prejudice.

Dated February 19th, 2021.

THE LAW OFFICE OF DOUGLAS E. WILSON

  /s Douglas Wilson
Douglas E. Wilson, WSBA #21206
Attorney for Defendant Adam Miller
P.O. Box 15631
Seattle, WA 98115
206-338-7806
Wilsondouglaw@msn.com