UNITED STATE DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JORDAN EL-TAHEL, | ) Case No.:   2:20-CV-01830-JCC |
| Plaintiff, | ) DEFENDANT MILLER'S FIRST<br>) AMENDED ANSWER TO<br>) COMPLAINT |
| vs. | ) |
| WHATCOM COUNTY, a governmental entity, WHATCOM COUNTY SHERIFF'S DEPARTMENT, BILL ELFO and ADAM MILLER, and the marital community | ) |
| Defendant. | |

TO:  JORDAN EL-TAHEL

AND TO: EMILY BESCHEN AND ROBERT BUTLER, BUTLER BESCHEN LAW PLLC, E. Holly St. Suite 512, Bellingham WA 98225, attorneys for Plaintiff

AND TO: GEORGE ROCHE, Whatcom County Prosecuting Attorney 311 Grand Ave Suite 201, Bellingham WA 98225, attorney for Whatcom County, Whatcom County Sheriff's Office and Bill Elfo.

   COMES NOW, Adam Miller by and through the Law Office of Douglas Wilson, hereby answers Plaintiff's Complaint:

1. Admit

ANSWER TO COMPLAINT 2:20-CV-01830 - 1

LAW OFFICE OF DOUGLAS E. WILSON
Douglas E. Wilson
P.O. Box 15631
Seattle WA 98115
(206) 338-7806

2. Admit

3. Defendant Miller is without sufficient information to admit or deny and therefor denies the same.

4. Defendant Miller admits that he was employed by Whatcom County between February 27, 2017 and February 20, 2019.

5. Admit

6. Admit

7. Defendant Miller admits that he was employed by Whatcom County between February 27, 2017 and February 20, 2019.

8. Defendant Miller admits to kissing Jordan El-Tahel.  The remainder of the allegations are denied.

9. Allegation is directed to Defendant Whatcom County and calls for a legal conclusion.

10. It is admitted that the Defendant Miller stopped by a friend of Jordan El-Tahel's unannounced, but it is denied that Miller saw Jordan El-Tahel, stalked her or initiated sexual advances.

11. Defendant Miller admits that Plaintiff returned to custody in the fall of 2018 while he was working at the facility.  The remainder is denied.

12. Denied.

13. Denied.

14. Allegations are directed to the County.

15. Defendant Miller admits to kissing Plaintiff El-Tahel and that Jordan El-Tahel was not at all times on camera.  The remainder is denied.

ANSWER TO COMPLAINT 2:20-CV-01830 - 2

LAW OFFICE OF DOUGLAS E. WILSON
Douglas E. Wilson
P.O. Box 15631
Seattle WA 98115
(206) 338-7806

16. Defendant Miller admits to using a phone that was often used by attorneys. The remainder is denied.

17. Defendant Miller admits that he was directed to inform Jordan El-Tahel that she could be placed in isolation if she made false accusations. Some of her allegations were false.

18. Allegations are directed to employees of Whatcom County and not Defendant Miller.

19. Allegations are directed to Defendant Whatcom County and not Defendant Miller.

20. Allegations are directed to Defendant, Whatcom County and not Defendant, Miller.

21. Allegations are directed to Defendant, Whatcom County and not Defendant, Miller.

22. Defendant Miller admits to kissing Jordan El-Tahel. The remainder is denied or calls for a legal conclusion.

23. Paragraph 23 does not require an admissions or a denial.

24. Allegations are directed to Defendant, Whatcom County and not Defendant, Miller.

25. Paragraph 25 does not require an admissions or a denial.

26. To the extent that the allegation does not call for a legal conclusion it is denied.

27. Paragraph 27 does not require an admissions or a denial.

28. Defendant Miller admits to pleading guilty to two counts of sexual misconduct. The remainder is denied.

29. Paragraph 29 does not require an admissions or a denial.

30. Defendant Miller admits he plead guilty to two counts of sexual misconduct.

31. Paragraph 31 does not require an admissions or a denial.

32. To the extent the allegation does not call for a legal conclusion it is denied.

33. Paragraph 33 does not require an admissions or a denial.

34. Denied.

LAW OFFICE OF DOUGLAS E. WILSON
Douglas E. Wilson
P.O. Box 15631
Seattle WA 98115
(206) 338-7806

35. Paragraph 35 does not require an admissions or a denial.

36. Allegation is directed to a different defendant and does not require and admission or denial from Defendant Miller.

37. Paragraph 37 does not require an admissions or a denial.

38. Allegations are directed at a different defendant and does not require Adam Miller to admit or deny.

## AFFIRMATIVE DEFENSES

1. Failure to state a claim upon which relief can be granted
2. Third-parties over who Defendant, Miller had no control are liable for the Plaintiff's alleged damages.
3. Failure to mitigate damages
4. Defendant, Miller reserves the right to amend this Answer to include additional affirmative Defenses.

## RELIEF REQUESTED

Defendant, Miller respectfully request the action be dismissed with prejudice.

Dated March 9th, 2021.

THE LAW OFFICE OF DOUGLAS E. WILSON

__/s Douglas Wilson_____
Douglas E. Wilson, WSBA #21206
Attorney for Defendant Adam Miller
P.O. Box 15631
Seattle, WA 98115
206-338-7806
Wilsondouglaw@msn.com

ANSWER TO COMPLAINT 2:20-CV-01830 - 4

LAW OFFICE OF DOUGLAS E. WILSON
Douglas E. Wilson
P.O. Box 15631
Seattle WA 98115
(206) 338-7806