HONORABLE COUGHENOUR

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JORDAN EL-TAHEL, together with her marital community,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WHATCOM COUNTY, a government entity, WHATCOM COUNTY SHERIFF'S DEPARTMENT, BILL ELFO, and ADAM MILLER, and marital community.<br><br>　　　　Defendants. | No. 2:20-cv-01830-JCC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, through their undersigned attorneys, that this case be dismissed with prejudice, and without costs or fees to any party.

Dated this 10th day of June, 2021.

　　　　　　　　　　　　　　　　　　　　/s/ Emily C. Beschen
　　　　　　　　　　　　　　　　　　　　Emily C. Beschen, WSBA #43813
　　　　　　　　　　　　　　　　　　　　Butler Beschen Law PLLC
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　103 E. Holly Street, Suite 512
　　　　　　　　　　　　　　　　　　　　Bellingham, WA 98225
　　　　　　　　　　　　　　　　　　　　Telephone:　(360) 734-3448

Facsimile: (360) 734-7975
E-Mail: emily@butlerbeschenlaw.com


*/s/ Robert Butler*
Robert Butler, WSBA #
Butler Beschen Law PLLC
Attorney for Plaintiff
103 E. Holly Street, Suite 512
Bellingham, WA 98225
Telephone: (360) 734-3448
Facsimile: (360) 734-7975
E-Mail: bob@butlerbeschenlaw.com


*/s/ Doug Wilson*
Doug Wilson
Attorney for Defendant Adam Miller
P.O. Box 15631
Seattle, WA 98115
Telephone: (206) 338-7806
E-Mail: wilsondouglaw@msn.com


*/s/ George Roche*
George Roche
Whatcom County Prosecutor's Office
Attorney for Defendant Whatcom County
311 Grand Avenue, Suite 201
Bellingham, WA 98225
Telephone: (360) 778-5710
Facsimile: (360) 778-5711
E-Mail: groche@co.whatcom.wa.us

## ORDER

THIS MATTER, having come before the above entitled Court, based on the foregoing Stipulation, and the Court being advised in the premises, it is, now therefore

ORDERED that this case be dismissed with prejudice and without any costs or fees awarded to any party.

DATED this _____ day of _____, 2021.

_____
Honorable Coughenour

Presented by:

/s/ Emily C. Beschen
Emily C. Beschen, WSBA #43813
Butler Beschen Law PLLC
Attorney for Plaintiff
103 E. Holly Street, Suite 512
Bellingham, WA 98225
Telephone:     (360) 734-3448
Facsimile:     (360) 734-7975
E-Mail:        emily@butlerbeschenlaw.com


/s/ Robert D. Butler
Robert Butler, WSBA #22475
Butler Beschen Law PLLC
Attorney for Plaintiff
103 E. Holly Street, Suite 512
Bellingham, WA 98225
Telephone:     (360) 734-3448
Facsimile:     (360) 734-7975
E-Mail:        bob@butlerbeschenlaw.com


/s/Doug Wilson
Doug Wilson
Attorney for Defendant Adam Miller
P.O. Box 15631
Seattle, WA 98115
Telephone:     (206) 338-7806
E-Mail:        wilsondouglaw@msn.com

1  /s/ George Roche
   George Roche
2  Whatcom County Prosecutor's Office
   Attorney for Defendant Whatcom County
3  311 Grand Avenue, Suite 201
   Bellingham, WA 98225
4  Telephone:    (360) 778-5710
   Facsimile:    (360) 778-5711
5  E-Mail:       groche@co.whatcom.wa.us

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## CERTIFICATE OF SERVICE

I am over the age of 18; and not a party to this action. I am the assistant to Attorney Emily C. Beschen with Butler Beschen Law PLLC, whose address is 103 E. Holly Street, Suite 512, Bellingham, Washington, 98225.

I hereby certify that a true and complete copy of *STIPULATION AND PROPOSED ORDER OF DISMISSAL* has been filed with the United States District Court via the ECF system which gives automatic notification to the following interested parties:

Doug Wilson
Attorney for Defendant Adam Miller

George Roche
Whatcom County Prosecutor's Office

I declare under penalty under the laws of the State of Washington that the foregoing information is true and correct.

DATED this 10th day of June, 2021, at Bellingham, Washington.

                                       */s/ Annalise Csicsery*
                                       Annalise Csicsery
                                       Legal Assistant
                                       Butler Beschen Law PLLC
                                       103 E. Holly Street, Suite 512
                                       Bellingham, WA 98225