THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JORDAN EL-TAHEL, together with her marital community,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>WHATCOM COUNTY, a government entity, WHATCOM COUNTY SHERIFF'S DEPARTMENT, BILL ELFO, and ADAM MILLER, and marital community.<br><br>　　　　　　Defendants. | CASE NO. C20-1830-JCC<br><br>MINUTE ORDER |

　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　This matter comes before the Court on the parties' stipulation and proposed order of dismissal with prejudice (Dkt. No. 18). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all parties that have appeared stipulate to the dismissal of this case with prejudice and without an award of costs to any party. (Dkt No. 18.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. Pursuant to the stipulation, the Court ORDERS that this case is DISMISSED with prejudice and without an award of costs or fees to any party. The Clerk is directed to CLOSE this case.

MINUTE ORDER
C20-1830-JCC
PAGE - 1

DATED this 10th day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-1830-JCC
PAGE - 2